WILLIAM DOLTON, respondent,

*v.*

PUBLIC. SERVICE ELECTRIC COMPANY, appellant.

[Submitted December 7th, 1914. Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose. opinion is reported in *83 N. J. Eq. 560.*

*Mr. Frank Bergen,* for the appellant.

*Mr. Richard S. Wilson,* for the respondent.

PER CURIAM.

For the reasons stated in our opinion filed at the present term in the case of *Thropp* v. *Public Service Electric Co., ante p. 144,* the decree under review will be reversed.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS—15.